## Commonwealth *v.* Jones, Appellant.

Submitted December 12, 1966. *Phinezeze Jones,* appellant, in propria persona; *Burton D. Fretz*

738

and *Alan J. Davis,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.